IN THE UNITED STATE DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2804 <br><br> JUDGE DAN AARON POLSTER <br><br> CASE NO. 1:18-op-46242 |
| THIS DOCUMENT RELATES TO: *Leon County, Florida v. AmerisourceBergen Drug Corporation, et al.* | | |

**PLAINTIFF'S NOTICE OF FILING WAIVERS OF SERVICE**

COMES NOW Plaintiff Leon County, Florida, by and through undersigned counsel, and gives Notice of Filing Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

Albertson's LLC

CVS Health Corporation

Par Pharmaceutical Companies, Inc.

Par Pharmaceutical, Inc.

Publix Super Markets, Inc.

SpecGX LLC

Walgreens Boots Alliance, Inc.

Walmart Inc. or Wal-Mart Stores East, LP

Winn-Dixie Stores, Inc.

Dated: December 23, 2020  RESPECTFULLY SUBMITTED:

*/s/ Peter J. Mougey*
Peter J. Mougey, Esq.
LEVIN, PAPANTONIO, THOMAS
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7068
Facsimile: (850) 436-6068

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>/s/ *Peter J. Mougey*
>Peter J. Mougey, Esq.